FRANK SCHULZE, as Administrator, etc., of LIBBY SCHULZE, Deceased, Appellant, v. BUFFALO AND ERIE RAILWAY COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

UTICA NATIONAL BANK AND TRUST COMPANY, as Administrator, etc., of RAYMOND C. MAYS, Deceased, Respondent, v. GEORGE H. NICKEL and Another, Defendants. PIETRO DE MARCO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GUS LAYMAN and Another, Appellants, v. STANLEY KUT and Another, Respond-

ents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs P. J. Clark, Sears, Crouch and Taylor, JJ.